**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.: 30000337LCG



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MITTAL STEEL NORTH AMERICA,

                Plaintiff,

-against-

M/V "B EUROPA", her engines,
boilers, etc., WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIERS HOLDING ASA,
WESTERN BULK CARRIERS AS, and
B. NAVIOS NAVEGACAO LDA,

                Defendants.
-------------------------------------------------------------x

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    ArcelorMittal.

Dated: New York, New York
          September 7, 2005

                                        Lawrence C. Glynn (LG 6431)