```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MITTAL STEEL NORTH AMERICA,                    07 CV 10586 (GEL)(DCF)

                                               RULE 7.1 STATEMENT
                    Plaintiff,

     -against-


M/V "B EUROPA", her engines, boiler,
etc., WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIERS HOLDING ASA,
WESTERN BULK CARRIERS AS and
B. NAVIOS NAVEGACAO LTDA.,

                    Defendants.
----------------------------------------X
```

      Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP attorneys of record for defendants named herein as WESTERN BULK SHIPPING ASA, WESTERN BULK CARRIERS HOLDING ASA, WESTERN BULK CARRIERS AS certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of WESTERN BULK SHIPPING ASA, WESTERN BULK CARRIERS HOLDING ASA, WESTERN BULK CARRIERS AS

Dated:  New York, N.Y.
       January 25, 2008

                                                    GARTH S. WOLFSON (GW 7700)